IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TAMARA ALLEN, | § | |
| *Plaintiff,* | § | SA-24-CV-00157-XR |
| vs. | § | |
| EXPERIAN INFORMATION SOLUTIONS INC, USAA FEDERAL SAVINGS BANK, | § | |
| *Defendants.* | § | |

## ORDER CANCELING HEARING

On August 5, 2024, Non-Party Capital One, N.C.'s Motion to Quash Plaintiff's Subpoena and Deposition Notice, for Protective Order, and for Sanctions [#81] was referred to the undersigned for disposition. On August 21, 2024, the undersigned set the motion [#81] for a hearing on September 16, 2024 [#85]. In light of the Court referring the case to the undersigned for mediation, administratively closing the case, and vacating the scheduling order, the undersigned will cancel the hearing and dismiss the motion without prejudice to refiling it if the mediation is not successful. The Court will also set the case, by separate order, for a scheduling conference for the mediation.

**IT IS THEREFORE ORDERED** that the hearing on the motion to quash [#81] originally set for September 16, 2024, is **CANCELED**.

1

**IT IS FURTHER ORDERED** that the motion to quash [#81], is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

SIGNED this 4th day of September, 2024.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE